[No. 32284-0-III. Division Three. October 27, 2015.]

GREGORY ROSE ET AL., *Plaintiffs*, ROBERT MITCHELL, *Appellant*, v. FMS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-2-00332-9, Rebecca M. Baker, J. Pro Tem, entered February 10, 2014. *Remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32457-5-III. Division Three. October 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVONN DESHEA KINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-1-50655-7, Salvador Mendoza Jr., J., entered April 29, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 32407-9-III. Division Three. October 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR CARLOS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00726-9, Evan E. Sperline, J., entered March 25, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.